IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN - 3 2020

BY_____
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:20 CR 48 |
| | § | Judge: Crone – Giblin |
| DASHMAN CROSSLEY | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(g)(1)
(Possession of a Firearm by a Prohibited Person)

On or about February 8, 2020, in the Eastern District of Texas, **Dashman Crossley**, defendant, did knowingly and unlawfully possess in and affecting interstate or foreign commerce, a firearm, to wit: a Taurus, model PT111G2, 9mm bearing serial number: TKM52047 while knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, to wit: Robbery, in the Criminal District Court, in Jefferson County Texas, in cause number 07-00452, on January 15, 2008; Possession of a controlled substance, in the Criminal District Court, in Jefferson County Texas, in cause number 98761, on January 15, 2008; and Aggravated Robbery, in the Criminal District Court, in Jefferson County Texas, in cause number 10-08284, on July 19, 2010.

All in violation of 18 U.S.C. Section 922(g)(1).

**NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE**

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18 U.S.C. Section 922(g) set forth in Count One of this Indictment, the defendant, **Dashman Crossley** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense including:

    a. A Taurus, model PT111G2, 9mm bearing serial number: TKM52047.

If any of the property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. §2461(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

STEPHEN J. COX
UNITED STATES ATTORNEY

_____          6/3/2020
RACHEL L. GROVE                              Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | NO. 1:20-CR-48 |
| DASHMAN CROSSLEY | § § § | |

## NOTICE OF PENALTY

### Count One

Violation:　　　　18 U.S.C. § 922(g)(1).

Penalty:　　　　Imprisonment of not more than ten (10) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

Special Assessment: $ 100.00