| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | CASE NO. 1:20-CR-48 |
| § | |
| DASHMAN CROSSLEY § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION ON COMPETENCY

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. Judge Giblin conducted a hearing to determine defendant's competency to proceed. Judge Giblin concluded that the defendant is competent under 18 U.S.C. § 4241.

The parties filed notices (#36, #37) indicating they have no objections to the magistrate judge's findings and recommendation. The Court ORDERS that the report and recommendation on defendant's competency to proceed (#35) is ADOPTED. The Court further ORDERS and FINDS that defendant, Dashman Crossley, is competent pursuant to Title 18, United States Code, Section 4241. The Court finally ORDERS that Speedy Trial time is **EXCLUDED** from July 6, 2020, the date of Judge Giblin's order directing a mental examination (#13), through the date of this order.

SIGNED at Beaumont, Texas, this 23rd day of April, 2021.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE